**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-7642

———————

ESTEBAN GARCIA,

Plaintiff - Appellant,

versus

WARDEN BROOKS, Medical Administrator; MS
MENDOZA, FCI Petersburg; DOCTOR ALLEN, FCI
Petersburg,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-04-133-2)

———————

Submitted: February 25, 2005          Decided: March 18, 2005

———————

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Esteban Garcia, Appellant Pro Se.  Lawrence Richard Leonard,
Assistant United States Attorney, Norfolk, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Esteban Garcia appeals the district court's order denying relief on his <u>Bivens</u>[*] complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Garcia v. Brooks</u>, No. CA-04-133-2 (E.D. Va. Sept. 27, 2004). We deny Garcia's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).